IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,** Plaintiff<br><br>v.<br><br>**Yahoo!, Inc.,** 701 First Avenue, Sunnyvale, CA, 94098, and **Microsoft Corporation,** One Microsoft Way, Redmond, WA 98052-8300<br><br>Defendants | CASE NO.: 07-2757<br><br>Judge:<br><br>**FILED**<br>JUL - 3 2007<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

## PLAINTIFF'S PETITION TO PROCEED IN FORMA PAUPERIS

Gordon Roy Parker, **Plaintiff** in the above-styled action moves this court for *in forma pauperis* standing, and wavier of fees:

1. Plaintiff has already been granted IFP status by the Third Circuit court of appeals, and has submitted previous financial affidavits, most recently in appeal #06-3074. A copy of the financial affidavit from that petition is attached hereto as Exhibit A and incorporated by reference as if fully set forth verbatim herein.

2. Plaintiff has attached his 2006 federal tax return as Exhibit B. His adjusted gross income for 2006 was $7,402.59. This represents no significant change from his 2005 income of $7,487.05. Plaintiff's net income for 2007 to date from his business (based on 2006 expenses) is approximately $3,500.00. This is significantly below the federal poverty level.

3. Plaintiff restates the particulars of expense portion the financial affidavit (Exhibit A) here as if fully stated verbatim, with the following changes:

   a. He is currently owed a total of approximately $66.00 in sales commissions from EliteFitness.com

1

b. Due to tax arrears, he is currently paying $250.00 a month to the City of Philadelphia, and will be paying $100.00-125.00 a month to the IRS.

c. His other assets and expenses remain unchanged.

## RELIEF SOUGHT

Plaintiff seeks an order granting him *in forma pauperis* status in this case.

This the 3rd day of July, 2007

*[signature]*
Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
E-mail: SnodgrassPublish@aol.com
Plaintiff, Pro Se

## VERIFICATION OF RESTATEMENT OF FINANCIAL AFFIDAVIT

I, Gordon Roy Parker, an adult male resident of the Commonwealth of Pennsylvania, hereby Swear or affirm, under penalty of perjury, that because of my current poverty, I cannot prepay the filing fee for the complaint in this action. I believe I am entitled to redress under copyright law and for the state-law claims stated herein. I swear or affirm under penalty of perjury under United States laws that my restated answers on this affidavit (Exhibit A to this Petition), and all factual averments, are true and correct, pursuant o 28 USC 51746, relating to making false statements under oath, and pursuant to any other state, federal, or local law related to perjury, false swearing, or making false unsworn statements.

This the 3rd day of July, 2007

*[signature]* 07/03/2007
Gordon Roy Parker         DATE
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
E-mail: SnodgrassPublish@aol.com
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br>Plaintiff<br><br>v.<br><br>**Yahoo!, Inc.,** 701 First Avenue, Sunnyvale, CA, 94098, and **Microsoft Corporation,** One Microsoft Way, Redmond, WA 98052-8300<br><br>Defendants | **CASE NO.:**<br><br>**Judge:** |

## ORDER

**AND NOW,** this ____th day of July, 2007, in consideration of **Plaintiff's Motion To Proceed In Forma Pauperis,** the motion is **granted**.

Plaintiff shall be allowed to proceed without payment of filing fees. The clerk should docket this case and issue a summons promptly.

SO ORDERED.

_____
J.



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| **GORDON ROY PARKER,** Plaintiff<br><br>v.<br><br>**Yahoo!, Inc.,** 701 First Avenue, Sunnyvale, CA, 94098, and **Microsoft Corporation,** One Microsoft Way, Redmond, WA 98052-8300<br><br>Defendants | **07-2757**<br><br>CASE NO.:<br>Judge:<br><br>**FILED**<br>JUL - 3 2007<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |



## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, **Plaintiff** in the above-styled action, hereby certify that I have served a copy of **Plaintiff's Petition To Proceed In Forma Pauperis** on both defendants in this action via **certified priority mail**, as follows:

**Yahoo!, Inc.**
701 First Avenue
Sunnyvale, CA  94098

**Microsoft, Inc.**
One Microsoft Way
Redmond, WA  98052-8300

This the 3rd day of July, 2007

_____
Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366
E-mail: SnodgrassPublish@aol.com
Plaintiff, Pro Se

1