IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER            :          CIVIL ACTION
                             :
        v.                   :
                             :
YAHOO!, INC., <u>et al</u>.         :          NO. 07-2757

                        O R D E R

        AND NOW, this        day of July, 2007, upon Motion
and Statement in support of Request to Proceed <u>In Forma Pauperis</u>,
it appearing to the Court that Gordon Roy Parker is unable to
pre-pay the filing fee and costs, it is **ORDERED** that:

        1. Plaintiff is **GRANTED** leave to proceed <u>in
forma pauperis</u>.

        2. The complaint is to be filed and the
summons is to be issued.

        3. The United States Marshal for the Eastern
District of Pennsylvania shall serve the summons and complaint
upon the defendants at no cost to the plaintiff.

                            **/S/ MARY A. MCLAUGHLIN, J.**

        _