```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GORDON ROY PARKER              :      CIVIL ACTION
                               :
          v.                   :
                               :
YAHOO!, INC., et al.           :      NO. 07-2757
```

ORDER

AND NOW, this 19th day of November, 2007, upon consideration of the defendant Yahoo's letter requesting an extension of time to respond to the plaintiff's complaint and stating that the plaintiff consents to this extension, IT IS HEREBY ORDERED that the deadline for Yahoo! to answer the plaintiff's complaint will be extended to December 10, 2007.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.