## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER, | ) | |
| | ) | |
| **Plaintiff, Pro Se** | ) | **Civ. Action No. 07-cv-02757-MAM** |
| | ) | **The Hon. Mary A. McLaughlin** |
| v. | ) | |
| | ) | |
| YAHOO!, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICROSOFT CORPORATION | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 5.1, kindly enter the following appearances on behalf of Defendant Yahoo!, Inc.:

Lynn E. Rzonca of the law firm Ballard Spahr Andrews & Ingersoll, LLP.

Corey Field of the law firm Ballard Spahr Andrews & Ingersoll, LLP.

Defendant Yahoo!, Inc. will also file a motion for admission Pro Hac Vice for Thomas P. Lane, Esquire, of the law firm Winston & Strawn, LLP, New York, who will act as lead counsel.

Ms. Rzonca and Mr. Field are authorized to accept service, including electronic service at the email addresses listed below, on behalf of Defendant Yahoo!, Inc. in this matter.

/cf2939/_____
Corey Field
PA I.D. #88650
fieldc@ballardspahr.com

Lynn E. Rzonca
PA I.D. #86747
rzoncal@ballardspahr.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Attorneys for Defendant
Yahoo!, Inc.

Date: November 20, 2007

# CERTIFICATE OF SERVICE

       I, Corey Field, certify that a true and correct copy of the foregoing ENTRY OF APPEARANCE, was filed electronically on the date shown.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may view and download this filing through the Court's system.  Copies of the foregoing are also being served on this date via the manner indicated.

<u>VIA FIRST CLASS MAIL:</u>

Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
SnodgrassPublish@aol.com

Plaintiff, *Pro Se*

/cf2939/_____
Corey Field
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
TEL: 215-665-8500
FAX: 215-864-9120
Attorneys for Defendant Yahoo!, Inc.

Date:  November 20, 2007