APPENDIX  X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER                    :        CIVIL ACTION
                                     :
            v.                       :
                                     :
YAHOO!, INC.                         :
and MICROSOFT CORPORATION            :        NO.    2:07-CV-02757-MAM

ORDER

AND NOW, this            Day of                , 200  , it is hereby

ORDERED that the application of <u>Thomas P. Lane</u>, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

        ☐    GRANTED.

        ☐    DENIED.

                                        _____
                                                                    J.

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 07-CV-02757

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, ___Thomas P. Lane___ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 01/01/1992 | 2462448 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Massachusetts | 01/01/1992 | 559368 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| SDNY | 08/01/1996 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 08/01/1996 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D MA | 03/01/2002 | 559368 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    Defendant Yahoo!

_____
(Applicant's Signature)

11/20/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Winston & Strawn LLP

200 Park Avenue

New York, NY 10166; (T) 212-294-6869; (F) 212-294-4700

Sworn and subscribed before me this

20th Day of Nov. 2007

_____
Notary Public

SOPHIA TZANNES
Notary Public, State of New York
No. 01TZ4901917
Qualified in Queens County
Certificate Filed in New York County
Commission Expires July 27, 20__

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Thomas P. Lane___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Corey Field | *Corey Field* | 04/18/2002 | 88650 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103

(215) 665-8500

Sworn and subscribed before me this

21 Day of November 2007

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TONYA FAISON JOHNSON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2010

# CERTIFICATE OF SERVICE

I, Corey Field, certify that a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF THOMAS P. LANE was filed with the Court on the date shown. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may view and download this filing through the Court's system. Copies of the foregoing are also being served on this date via the manner indicated.

<u>VIA FIRST CLASS MAIL:</u>

Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
SnodgrassPublish@aol.com

Plaintiff, *Pro Se*

Corey Field
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
TEL: 215-665-8500
FAX: 215-864-9120
Attorneys for Defendant Yahoo!, Inc.

Date: November 21, 2007