# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER,          : | |
|     Plaintiff, Pro Se,     : | Civil Action No: 07-cv-02757-MAM |
|                            : | |
| v.                          : | |
|                            : | |
| YAHOO!, INC. and            : | |
| MICROSOFT CORPORATION,      : | |
|     Defendants.             : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

**X**     The nongovernmental corporate party, Yahoo!, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Capital Research and Management Company (10.3%).


Date: November 26, 2007         /Corey Field/
                                Signature

                                Counsel for: Yahoo!, Inc.


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

# CERTIFICATE OF SERVICE

      I, Corey Field, certify that a true and correct copy of the foregoing DISCLOSURE STATEMENT FORM was filed electronically on the date shown. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may view and download this filing through the Court's system. Copies of the foregoing are also being served on this date via the manner indicated.

<u>VIA FIRST CLASS MAIL:</u>

Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
SnodgrassPublish@aol.com

Plaintiff, *Pro Se*

James D. Cashel
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-1500

Attorneys for Defendant
Microsoft Corporation

                /cf2939/_____
                Corey Field
                BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                1735 Market Street, 51st Floor
                Philadelphia, PA 19103
                TEL: 215-665-8500
                FAX: 215-864-9120
                Attorneys for Defendant Yahoo!, Inc.

Date: November 26, 2007