UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Gordon Ray Parker,
    Plaintiff,

V.

Yahoo!, Inc. and Microsoft Corporation,
    Defendants.

Civil Action
No: 07-cv-02757

DISCLOSURE STATEMENT FORM

Please check one box:

[X]  The nongovernmental corporate party, <u>Microsoft Corporation</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

November 27, 2007          /s/ James D. Cashel
    Date                            Signature

Counsel for:  Microsoft Corporation

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2) promptly file a supplemental statement upon any change in the information that the statement requires.

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I, James D. Cashel, hereby certify that on this 27th day of November, 2007, I caused to be served a true and correct copy of this *Disclosure Statement Form* in the manner set forth below:

Gordon Roy Parker
4247 Locust Street #806
Philadelphia, PA 19104
**By First Class Mail, Postage Prepaid**

Thomas P. Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
**Counsel for Defendant Yahoo!, Inc.**
**By First Class Mail, Postage Prepaid**

/s/ James D. Cashel
_____
James D. Cashel