MAM

6

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER | : | CIVIL ACTION |
| v. | : | |
| YAHOO!, INC. and MICROSOFT CORPORATION | : | NO. 2:07-CV-02757-MAM |

FILED
NOV 27 2017
_____, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 27ᵗ Day of Nov., 2007, it is hereby

ORDERED that the application of <u>Thomas P. Lane</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
                        J.

ENTERED

11/27/07 mail
Parker

CLERK OF COURT