IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GORDON ROY PARKER              :    CIVIL ACTION
                               :
        v.                     :
                               :
YAHOO!, INC., et al.           :    NO. 07-2757
```

## ORDER

AND NOW, this 16th day of June, 2008, IT IS HEREBY ORDERED that oral argument on the pending motions to dismiss is scheduled for June 25, 2008, at 9:30 A.M., in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.