MAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 07-2757 (MAM)
 )
YAHOO!, INC. and )
MICROSOFT CORPORATION, )
 )
    Defendants. )

**FILED**
JUL 11 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 10th day of July, 2008, IT IS HEREBY ORDERED that the parties may submit supplemental briefs on the defendants' pending motions to dismiss, as follows:

1. Defendants may, on or before July 18, 2008, submit supplemental briefs in further support of their argument that plaintiff's claims for direct, contributory and vicarious copyright infringement (Counts I-III) are legally insufficient based on an implied license from the plaintiff and/or issue preclusion; and

2. Plaintiff may, on or before August 1, 2008, submit supplemental briefs responding to arguments raised in defendants' supplemental briefs.

BY THE COURT

7/11/08 mail:
Gene Parker

ENTERED
JUL 11 2008
CLERK OF COURT

MARY A. McLAUGHLIN, J.