## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,** | ) |
| **Plaintiff, Pro Se** | ) ) ) ) **Civil Action No. 07-cv-2757 (MAM)** |
| v. | ) ) **The Hon. Mary A. McLaughlin** |
| **YAHOO!, INC. and MICROSOFT CORPORATION,** | ) ) ) |
| **Defendants.** | ) ) |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 200__, upon consideration of Plaintiff's Motion to Dismiss Defendant Yahoo!, Inc.'s Counterclaims, and all responses thereto, it is hereby ORDERED that Plaintiff's Motion is DENIED.

_____
McLaughlin, J.