## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-2757 (MAM) |
| v. | ) | |
| | ) | |
| YAHOO!, INC. and | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ENTRY OF APPEARANCE OF TRICIA J. SADD

Kindly enter the appearance of Tricia J. Sadd on behalf of defendant Microsoft

Corporation.


Dated: November 18, 2008            /s/ Tricia J. Sadd
                                    Tricia J. Sadd (Pa. ID. No. 90553)
                                    MONTGOMERY, MCCRACKEN,
                                    WALKER & RHOADS, LLP
                                    123 South Broad Street
                                    Philadelphia, PA 19109
                                    Telephone No.: (215) 772-1500
                                    Facsimile No.: (215) 772-7697

                                    Attorneys for Defendant
                                    Microsoft Corporation

Dockets.Justia.com

## <u>CERTIFICATE OF SERVICE</u>

I, Tricia J. Sadd, hereby certify that on this 18th day of November, 2008, the foregoing

Entry of Appearance was filed electronically and is available for viewing and downloading from

the ECF system of the United States District Court for the Eastern District of Pennsylvania.  I

hereby certify that I have served a true and correct copy of the Entry of Appearance upon the

following in the manner set forth below:

> Gordon Roy Parker
> 4247 Locust Street #806
> Philadelphia, PA 19104
> **By First Class Mail, Postage Prepaid**
>
>
> Thomas P. Lane
> Winston & Strawn LLP
> 200 Park Avenue
> New York, NY 10166
> **Counsel for Defendant Yahoo!, Inc.**
> **By Email and First Class Mail, Postage Prepaid**

> /s/ Tricia J. Sadd
> Tricia J. Sadd