## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-2757 (MAM) |
| v. ) | |
| ) | |
| YAHOO!, INC. and ) | |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY OF APPEARANCE OF JEREMY D. MISHKIN

Kindly enter the appearance of Jeremy D. Mishkin, on behalf of defendant Microsoft Corporation.

Dated: November 18, 2008          /s/ Jeremy D. Mishkin
                                  Jeremy D. Mishkin (Pa. ID. No. 30017)
                                  MONTGOMERY, MCCRACKEN,
                                  WALKER & RHOADS, LLP
                                  123 South Broad Street
                                  Philadelphia, PA  19109
                                  Telephone No.:  (215) 772-1500
                                  Facsimile No.:  (215) 772-7246

                                  Attorneys for Defendant
                                  Microsoft Corporation

2369490v1

# CERTIFICATE OF SERVICE

I, Tricia J. Sadd, hereby certify that on this 18th day of November, 2008, the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania. I hereby certify that I have served a true and correct copy of the Entry of Appearance upon the following in the manner set forth below:

>Gordon Roy Parker
>4247 Locust Street #806
>Philadelphia, PA 19104
>**By First Class Mail, Postage Prepaid**

>Thomas P. Lane
>Winston & Strawn LLP
>200 Park Avenue
>New York, NY 10166
>**Counsel for Defendant Yahoo!, Inc.**
>**By Email and First Class Mail, Postage Prepaid**

>/s/ Tricia J. Sadd
>Tricia J. Sadd