**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GORDON ROY PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-2757 (MAM) |
| v. | ) |
| | ) |
| YAHOO!, INC. and | ) |
| MICROSOFT CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES D. CASHEL**

Kindly withdraw the appearance of James D. Cashel on behalf of defendant Microsoft Corporation.

Dated: November 18, 2008

/s/ James D. Cashel
_____
James D. Cashel (Pa. ID. No. 72056) (jc 24)
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
Telephone No.:  (215) 772-1500
Facsimile No.:  (215) 772-7620

Attorneys for Defendant
Microsoft Corporation

2368989v1

# CERTIFICATE OF SERVICE

I, Tricia J. Sadd, hereby certify that on this 18th day of November, 2008, I caused to be served a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES D. CASHEL in the manner set forth below:

Gordon Roy Parker
4247 Locust Street #806
Philadelphia, PA 19104
**By First Class Mail, Postage Prepaid**

Thomas P. Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
**Counsel for Defendant Yahoo!, Inc.**
**By Email and First Class Mail, Postage Prepaid**

/s/ Tricia J. Sadd
Tricia J. Sadd

2368989v1