IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER, )
 )
    Plaintiff, Pro Se )
 ) Civil Action No. 07-2757 (MAM)
v. )
 )
YAHOO!, INC. and )
MICROSOFT CORPORATION, )
 )
    Defendants. )

FILED
JAN 27 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in controversy in the above-entitled action having been amicably resolved among the parties, it is hereby stipulated and agreed that all claims asserted by and between the Parties, Gordon Roy Parker and Yahoo!, Inc. be and hereby are dismissed with prejudice and without costs.

Gordon Roy Parker
Plaintiff, *pro se*

By: _____
    Gordon Roy Parker

Dated:

WINSTON & STRAWN LLP
Attorneys for Defendant

By: _____
    Thomas P. Lane

Dated:

IT IS SO ORDERED
This 26th Day of January, 2009:

_____
M.A.M.