IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER            :    CIVIL ACTION
                             :
        v.                   :
                             :
YAHOO!, INC., et al.         :    NO. 07-2757

ORDER

AND NOW, this 28th day of January, 2009, following an on-the-record status conference in the above-captioned matter, IT IS HEREBY ORDERED that defendant Microsoft Corporation shall submit its motion for summary judgment on or before February 27, 2009. IT IS FURTHER ORDERED that the plaintiff shall inform the court, within one week of receiving the defendant's motion for summary judgment, how much time he needs to file an opposition to the defendant's motion. If the plaintiff feels that he needs discovery to respond to any of the defendant's claims or arguments, he should state, in his opposition to the defendant's motion for summary judgment, what discovery he needs and the reasons why he needs such discovery. No discovery shall be taken before the Court receives the plaintiff's opposition and has an opportunity to decide whether any discovery requested therein is necessary.

BY THE COURT:

MARY A. McLAUGHLIN, J.