IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YAHOO!, INC. and )<br>MICROSOFT CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-2757 (MAM) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The matter in controversy in the above-entitled action having been amicably resolved among the parties, it is hereby stipulated and agreed that all claims and counterclaims asserted by and between Plaintiff and Counter-claim Defendant Gordon Roy Parker and Defendant and Counterclaim Plaintiff Microsoft Corporation be and hereby are dismissed with prejudice and without costs.

Gordon Roy Parker
Plaintiff and Counter-Claim
Defendant, *pro se*

By: _____
Gordon Roy Parker

Dated: January 30, 2009

Montgomery, McCracken, Walker & Rhoads, LLP
Attorneys for Defendant Microsoft Corporation

By: _____
Jeremy D. Mishkin

Dated: January 30, 2009

IT IS SO ORDERED
This ___ Day of _____, 2009

_____
M.A.M.

2391427v1

# CERTIFICATE OF SERVICE

I, Tricia J. Sadd, hereby certify that on this 4th day of February, 2009, I caused to be served a true and correct copy of this *Certificate Of Service* and the *Stipulation and Order of Dismissal with Prejudice*, in the manner set forth below:

Gordon Roy Parker
4247 Locust Street #119
Philadelphia, PA 19104
**By First Class Mail, Postage Prepaid**

Thomas P. Lane
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
**Counsel for Defendant Yahoo!, Inc.**
**By Email and First Class Mail, Postage Prepaid**

/s/ Tricia J. Sadd
_____
Tricia J. Sadd

2393909v1