

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2757 (MAM) |
| YAHOO!, INC. and MICROSOFT CORPORATION, | ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The matter in controversy in the above-entitled action having been amicably resolved among the parties, it is hereby stipulated and agreed that all claims and counterclaims asserted by and between Plaintiff and Counter-claim Defendant Gordon Roy Parker and Defendant and Counterclaim Plaintiff Microsoft Corporation be and hereby are dismissed with prejudice and without costs.

Gordon Roy Parker
Plaintiff and Counter-Claim
Defendant, *pro se*

By: _____
Gordon Roy Parker

Dated: January 30, 2009

Montgomery, McCracken, Walker & Rhoads, LLP
Attorneys for Defendant Microsoft Corporation

By: _____
Jeremy D. Mishkin

Dated: January 30, 2009

IT IS SO ORDERED
This ___ Day of ____, 2009

_____
M.A.M.

2391427v1